BAKER et al. v. COLE.    (No. 5889.)

(Court of Civil Appeals of Texas. Austin. Feb. 27, 1918. Rehearing Denied April 17, 1918.)

APPEAL AND ERROR ⊚⇒20, 493—JURISDICTION —RECORD.

Although it appears from the record that the case originated in justice court for an amount less than $200, where there is no transcript of the record from justice court, no

final judgment of that court and no appeal bond from justice to county court, it is not made to appear that the county court had jurisdiction, and appeal will be dismissed, since if the county court had no jurisdiction Court of Civil Appeals is without appellate jurisdiction.

Appeal from Bell County Court; M. B. Blair, Judge.

Suit between Bluford Baker and others and Geo. W. Cole, Jr. From a decree of county court on appeal from justice court the former appeal. Appeal dismissed.

G. M. Felts, of Belton, for appellants.

JENKINS, J. There is enough in the record in this case to show that it originated in the justice court for an amount less than $200, but there is no transcript in the record from the justice court, no final judgment of that court, and no appeal bond from the justice court to the county court. For these reasons, it is not made to appear that the county court had jurisdiction to try this case, and, that court having no jurisdiction, we are without appellate jurisdiction.

For the reasons stated, the appeal in this case is dismissed.

Appeal dismissed.